■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN PAYTON, Appellant. [719 NYS2d 103] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered June 17, 1997, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the trial court properly determined that a sworn juror was grossly unqualified to serve. The record reveals that the juror withheld information regarding his prior conviction for possession of marihuana and that his brother-in-law had been convicted of a crime until after being sworn. Under these circumstances, the trial court properly discharged that juror pursuant to CPL 270.35 (*see, People v Richards,* 267 AD2d 18; *People v Tamayo,* 256 AD2d 98; *Matter of Mikel v Mark,* 249 AD2d 993). Ritter, J. P., S. Miller, Friedmann and Smith, JJ., concur.